BETTY FLOYD, Appellant, v STATE OF NEW YORK DIVISION OF HUMAN RIGHTS, Respondent.

Submitted August 8, 2011; decided October 25, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (*see* CPLR 5601). Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

GLACIAL AGGREGATES LLC, Respondent, v TOWN OF YORKSHIRE, Appellant.

Decided October 25, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of JOHN JAY COLLEGE OF CRIMINAL JUSTICE OF THE CITY UNIVERSITY OF NEW YORK.

RIVER CENTER LLC et al., Appellants, v DORMITORY AUTHORITY OF THE STATE OF NEW YORK, Respondent.

Submitted June 20, 2011; decided October 25, 2011

Motion for reargument of motion for leave to appeal denied [*see* 16 NY3d 889 (2011)].